UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWIN STEAKLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-00160 |
| CORECIVIC, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 36) to which no timely objections have been filed. The R&R recommends that the Court dismiss the action without prejudice under Fed. R. Civ. P. 41(b) and Local Rules 41.01(a) and (b).

The Court has reviewed the R&R and conducted a de novo review of the record. The R&R is **APPROVED AND ADOPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. This Order is a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE